# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGIE S. JOHNSON, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-3664 |
| RESOURCES FOR HUMAN | : | |
| DEVELOPMENT, INC., et al., | : | |
| Defendants | | |

## ORDER

**AND NOW**, this _16th___ day of May 2011, for the reasons explained in the accompanying Memorandum, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 40) is **GRANTED** in part and **DENIED** in part as follows:

• Defendants' motion for summary judgment on Plaintiff's state law claims (Counts I and II) is granted.

• Defendants' motion for summary judgment on Plaintiff's Family Medical Leave Act claim (Count III) is denied.

                                                          s/Anita B. Brody
                                     _____
                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: